# IN THE SUPREME COURT OF THE STATE OF NEVADA

JAVIER AGUILAR-ESPARZA,
                    Appellant,
vs.
THE STATE OF NEVADA,
                    Respondent.

No. 77257

FILED

NOV 19 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
    DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a purported district court order dismissing a postconviction petition for a writ of habeas corpus. Second Judicial District Court, Washoe County; Lynne K. Simons, Judge.

This court's review of this appeal reveals a jurisdictional defect. No decision had been made on the petition when appellant filed his appeal on October 22, 2018. Thus, the notice of appeal is premature. *See* NRS 177.015(3). Accordingly, we lack jurisdiction over this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Cherry

_____, J.          _____, J.
Parraguirre                            Stiglich

cc:   Hon. Lynne K. Simons, District Judge
      Javier Aguilar-Esparza
      Attorney General/Carson City
      Washoe County District Attorney
      Washoe District Court Clerk

18-904749